PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00240-NONE-SKO |
| Plaintiff, | STIPULATION REGARDING ARRAIGNMENT; ORDER |
| v. | |
| MARIA DELGADO, RENATO AGUILERA, XOCHIL AGUILERA, JAMES COX, and ROBERTO CAVAZOS, | DATE: November 29 and 30, 2021 TIME: 2:00 p.m. COURT: Hon. Stanley A. Boone |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The grand jury returned a superseding indictment in this matter on November 18, 2021. The original superseding indictment was sealed and a redacted superseding indictment was filed. The redacted superseding indictment redacted the name of a new defendant, who has not yet been arrested.

2. By this stipulation, the above-named defendants agree to the following schedule for arraignment on the superseding indictment:

   a) Arraignment and plea for Maria Delgado (represented by Attorney Serita Rios), Renato Aguilera (represented by Attorney E. Marshall Hodgkins III), and James Cox

STIPULATION 1

(represented by Attorney Douglas Foster) on November 29, 2021 at 2 p.m.

   b) Arraignment and plea for Xochil Aguilera (represented by Attorney Matthew Lombard) and Roberto Cavazos (represented by Attorney Carrie McCreary) on November 30, 2021 at 2 p.m.

3. The other co-defendants are unavailable at these times but will be arraigned later.

4. A status conference is currently set on January 19, 2022 and time has been excluded through that date.

IT IS SO STIPULATED.

Dated:  November 23, 2021    PHILLIP A. TALBERT
                Acting United States Attorney

                /s/ KAREN A. ESCOBAR
                KAREN A. ESCOBAR
                Assistant United States Attorney

Dated:  November 23, 2021    /s/ E. MARSHALL HODGKINS, III
                E. MARSHALL HODGKINS, III
                Counsel for Defendant
                RENATO AGUILERA

Dated:  November 23, 2021    /s/ MATTHEW J. LOMBARD
                MATTHEW J. LOMBARD
                Counsel for Defendant
                XOCHIL AGUILERA

Dated: November 23, 2021         /s/ DOUGLAS C. FOSTER
DOUGLAS C. FOSTER
Counsel for Defendant
JAMES COX

Dated: November 23, 2021         /s/ CARRIE C. MCCREARY
CARRIE C. MCCREARY
Counsel for Defendant
ROBERTO CAVAZOS

**ORDER**

IT IS SO ORDERED.

Dated: **November 24, 2021**

_____
UNITED STATES MAGISTRATE JUDGE